IN THE UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES E. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:08-cv-06102 |
| ) | Honorable Rebecca R. Pallmeyer |
| UNITED STATES OF AMERICA, ) | |
| DEPARTMENT OF VETERAN AFFAIRS, and ) | |
| JESSE BROWN V.A. MEDICAL CENTER ) | |
| Defendants ) | |

**STIPULATION TO DISMISS**

Plaintiff, JAMES E. TAYLOR, and Defendants, United States of America Department of Veteran Affairs, and Jesse Brown V.A. Medical Center, by counsel, hereby stipulate and agree that (1) all matters in controversy between the parties have been settled, compromised, and resolved. (2) this action may and shall be dismissed with prejudice and with the parties to bear their respective costs, and (3) a dismissal order may be entered without further notice to parties.

Albert Brooks Friedman, Ltd.

By: /s/ Albert Brooks Friedman
    Albert Brooks Friedman
    161 North Clark Street
    Suite 2575
    Chicago, Illinois 60601
    312-782-0282
    *Attorney for Plaintiff*

Staff Atty. VA Medical Center
Office of Regional Counsel
By: /s/ Mark B. Zorfus
    US Department of Veterans Affairs
    3001 Green Bay Road
    North Chicago, Illinois 60064
    224-610-3855
    *Attorney for Defendants*